**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

GENERAL CABLE CORPORATION,  )
             )
   Plaintiff,     )
             )
   v.        )  C.A. No. 1:24-CV-00797-TMH
             )
SCOTTSDALE INDEMNITY COMPANY, )
             )
   Defendant.    )
             )

**ORDER**

At Wilmington, this 5th day of September 2025:

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is granted. General Cable's declaratory judgment claim is dismissed with prejudice. General Cable's anticipatory repudiation or breach of contract claim is dismissed without prejudice.

      /s/ Todd M. Hughes
      The Honorable Todd M. Hughes
      United States Circuit Judge, sitting by designation

13